004833

Order entered November 9, 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-00263-CV

JMJ ACQUISTIOINS MANAGEMENT, LLC, Appellant

V.

TERRY L. PETERSON AND TEXAS WORKFORCE COMISSION, Appellee

On Appeal from the 95th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-11-02746-D

## ORDER

The Court has before it appellee's October 29, 2012 motion to dismiss for failure to comply. The Court **DENIES** the motion.

MOLLY FRANCIS
JUSTICE